Respondents. Abby R. Sunderland and Others, Appellants.— Decree affirmed, with costs to respondents against appellants personally. All concurred.

Batavia and New York Woodworking Company, Respondent, v. Thomas T. Hopper, Appellant.— Judgment affirmed, with costs. All concurred.

James L. McCready, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Clara A. Misner, Appellant, v. Dora S. Madden, Respondent.— Judgment affirmed, with costs. All concurred.

John W. Storandt, Respondent, v. Vogel & Binder Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Esther Ingamells, an Infant, by Benjamin Ingamells, Her Guardian ad Litem, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant.— Judgment of Oswego County Court and judgment and order of City Court of Fulton reversed and the complaint dismissed, with costs in all courts to the appellant. Held, that the proof shows that the overcharge was made through inadvertence and mistake not amounting to gross negligence,* and the defendant's motion for a nonsuit should have been granted. All concurred.

Arvilla King, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant.— Judgment of Oswego County Court and judgment and order of City Court of Fulton reversed, and the complaint dismissed, with costs in all courts to the appellant. Held, that the proof shows that the overcharge was made through inadvertence and mistake not amounting to gross negligence,* and defendant's motion for a nonsuit should have been granted. All concurred.

Anna Inderbitzen, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alma Whitney, Appellant, v. Central New York Gas and Electric Company, Respondent.— Judgment affirmed, with costs. All concurred.

Adelma Helmer, Respondent, v. William Scanlon, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Killbasa, Respondent, v. American Malleables Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Edna M. Brundige, an Infant, etc., Appellant, v. Joseph J. Fienberg, Respondent, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

The People of the State of New York, Respondent, v. Nathaniel R. Sherman, Appellant.— The defendant, having failed to prosecute his appeal with reasonable diligence, the motion to dismiss the appeal is granted.

---

* See Railroad Law (Consol. Laws, chap. 49; Laws of 1910, chap. 481), § 59.— [REP.